United States Bankruptcy Court
District of Massachusetts

| | |
|---|---|
| In re )<br>)<br>**Bank of New England Corporation** )<br>)<br>Debtor ) | Case No.   91-10126 WCH<br>Chapter 7 |

### ORDER AUTHORIZING THE PAYMENT OF UNCLAIMED FUNDS

It appearing that the funds from an uncashed dividend check in the amount of $4,202.25 payable to, **Allyn L. Levy**, a creditor in this case, were deposited with the United States Treasury and credited to the Unclaimed Funds Account of this Court, and that the proper recipient for said finds has now been located by the petitioner Keys Research for the benefit of Allyn L. Levy.

**IT IS HEREBY ORDERED** that the Clerk of the Bankruptcy Court shall disburse said funds on deposit with the Treasury of the United States to the claimant, herein the amount specified above to:

Allyn L. Levy
c/o Keys Research
23630 SE 440th Street
Enumclaw, WA 98022

Ordered:

_____
U.S. Bankruptcy Judge

Dated:

Entered:

_____
Deputy Clerk