UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | Case No. 99-10126 WCH |
| Bank of New England Corporation ) | Chapter 7 |
| Debtor ) | |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Funds from an uncashed distribution check in the amount of **$3,372.99,** payable to **The Estate of Mark C. Wheeler**, a creditor in this case, were deposited with the United States Treasury and credited to the Unclaimed Funds Account of the Court, and the proper recipient of said funds having now been located by the petitioner.

**IT IS HEREBY ORDERED** that the Clerk of the Bankruptcy Court shall disburse said funds on deposit with the Treasury of the United States to the claimant in the amount specified above to:

The Estate of Mark C. Wheeler
c/o Keys Research
23630 SE 440th Street
Enumclaw, WA 98022

Dated: 2/13/2014

BY THE COURT

_____
United States Bankruptcy Judge